TORRES | TORRES STALLINGS
A LAW CORPORATION
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Email: dtorres@lawtorres.com

Attorney for:
HUGO VIGIL VILLAGOMEZ

FILED

NOV 21 2022

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HUGO VIGIL VILLAGOMEZ,<br><br>Defendants. | Case No. 1:22-CR-00197 JLT-SKO<br><br><u>STIPULAITON AND ORDER ADDING AN<br>ADDITIONAL THIRD-PARTY CUSTODIAN</u> |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE STANELY BOONE; ASSISTANT UNITED STASTES ATTORENY, JUSTIN GILIO; AND PRETRIAL SERVICES OFFICER, ANTHONY PEREZ:

On July 12, 2022, as detention hearing was held in front of the Honorable Judge Stanley A. Boone. Mr. Villagomez was ordered on various conditions including having a third-party custodian. As such, Mr. Aristeo Villagomez Vigil was ordered as Mr. Villagomez's third-party custodian. Pretrial Service Officer, Antony Perez has advised counsel that Mr. Villagomez Vigil will be out of the country for an extended period of time and request an additional third-party custodian be assigned to Mr. Villagomez.

In order to be in compliance with the terms of release, counsel has provided Pretrial

1

Service Officer, Anthony Perez, with the name and contact information of Lesly Del Toro. Officer Perez has contacted Ms. Del Toro and has explained the responsibilities of serving as a third-party custodian and the consequences of not reporting violation conduct. A record check through the California Department of Justice revealed Ms. Del Toro has no criminal history. She resides approximately twenty minutes away from the defendant and speaks to him on a weekly basis. She has reported no substance abuse history. Pretrial Services believes Ms. Del Toro would be an appropriate third-party custodian candidate. Officer Perez has vetted Ms. Del Toro and finds her suitable to act as a third-party custodian.

Counsel has spoken to AUSA Justin Gilio and he has no objection to the additional third-party custodian.

**IT IS SO STIPULATED.**

DATED: November 18, 2022

Respectfully Submitted,
*/s/ David A Torres*
DAVID A. TORRES
Attorney for Defendant
HUGO VILLAGOMEZ

DATED: November 18, 2022

*/s/Justin Gilio*
JUSTIN GILIO
Assistant U.S. Attorney

## ORDER

**IT IS SO ORDERED** that Lesly Del Toro be allowed to serve as an additional third-party custodian to Hugo Villagomez.

DATE: 11/21/22

HONORABLE ERICA P. GROSJEAN