Michael E. Cardoza, SBN – 52264
Dani R. Mohling, SBN – 335284
Cardoza Law Offices, Inc.
1407 Oakland Blvd. Ste. 200
Walnut Creek, CA 94596
P: 925-274-2900 | F: 925-274-2910
Mcardoza@cardolaw.com
Dmohling@cardolaw.com

Attorneys for Defendant
HUGO VIGIL VILLAGOMEZ

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STAES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HUGO VIGIL VILLAGOMEZ ET AL,<br><br>Defendants. | Case No.: 1:22-CR-00197-TLN<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE AND ORDER THERON**<br><br>Date: October 12, 2023<br>Time: 9:30 a.m.<br>Honorable Troy L. Nunley |

This case is set for a status conference on October 12, 2023, which the parties stipulate to continue to January 18, 2024, for the reasons set forth below.

1. Defense counsel for HUGO VILLAGOMEZ, Michael E. Cardoza, substituted in on this matter on August 10, 2023.

2. The discovery received by prior counsel of record, David Torres, appears to consist of nearly 300 files including but not limited to investigative reports, recorded phone calls, surveillance data, and photographs.

3. Defense counsel for HUGO VILLAGOMEZ requires additional time to review the aforementioned discovery, to conduct further investigation including engaging with experts if necessary, as well as to confer with the client regarding the trajectory of the case.  This is defense counsel's first request for a continuance.

4. Furthermore, now that the matter has been transferred to Sacramento, Assistant United States Attorney Matthew De Moura will be taking over for Justin Gilio and will also require additional time to familiarize themselves with the matter.

5. The proposed status conference date represents the earliest date that all counsel are available thereafter, taking into account counsels' schedules, defense counsels' commitments to other clients, and the need for preparation and further investigation into this case.

6. As to defendant SERAFIN VIGIL, exclusion of time is particularly appropriate because he is not detained pending trial.

7. As to defendant HUGO VILLAGOMEZ, time continues to be waived so that newly hired counsel can have sufficient time to review and investigate the discovery as well as prepare for his defense.

The parties further believe that time should be excluded, in that failure to grant the requested case schedule would unreasonably deny both the defendants and the government the reasonable time necessary for effective preparation, taking into account the parties' due diligence in prosecuting this case. 18 U.S.C. Section 3161(h)(7)(B)(iv). Based on the above-stated findings, the ends of justice served by the schedule as requested outweigh the interest of the public and the defendant in trial within the original date prescribed by the Speedy Trial Act. Therefore, the parties request that the Court exclude the time from October 12, 2023, until the new status conference date on January 18, 2024, from calculations under the Speedy Trial Act.

Dated:  October 6, 2023        /s/ MICHAEL E. CARDOZA
MICHAEL E. CARDOZA
Attorney for Defendant
Hugo Vigil Villagomez

Dated:  October 6, 2023        /s/ Kevin Rooney
Attorney for Defendant
Serafin Villagomez Vigil

Dated:  October 6, 2023        /s/ Matthew De Moura
Assistant United States Attorney

**O R D E R**

IT IS HEREBY ORDERED that the status conference in this case be continued from October 12, 2023, until January 18, 2024, at 9:30 a.m.

IT IS FURTHER ORDERED that the ends of justice served by the schedule set forth herein as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act for the reasons states in the parties' stipulation. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 12, 2023, and January 18, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) because it results from a continuance granted by the Court at the parties' request on the basis of the Court's finding that the ends of justice served by taking such actions outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:  October 10, 2023

_____
Troy L. Nunley
United States District Judge