Michael E. Cardoza, SBN – 52264
Dani R. Scott, SBN – 335284
Cardoza Law Offices, Inc.
1407 Oakland Blvd. Ste. 200
Walnut Creek, CA 94596
P: 925-274-2900 | F: 925-274-2910
MCardoza@cardolaw.com
DScott@cardolaw.com

Attorneys for Defendant
HUGO VIGIL VILLAGOMEZ

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STAES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HUGO VIGIL VILLAGOMEZ ET AL,<br><br>Defendants. | Case No.: 1:22-CR-00197-DC<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME UNDER SPEEDY TRIAL ACT**<br><br>Date: February 7, 2025<br>Time: 9:30 a.m.<br>Honorable Dena Coggins |

This case is set for a status conference on February 7, 2025, which the parties stipulate to continue to March 28, 2025, for the reasons set forth below.

1. Defense counsel for HUGO VILLAGOMEZ has requested further discovery in this matter including but not limited to additional audio and video footage related to the search warrants in this case, lab results related to DNA testing, and Cellebrite extraction reports for two cell phones.

2. Furthermore, Defense counsel for HUGO VILLAGOMEZ has received a proposed settlement offer which he intends to consider after reviewing the outstanding discovery.

3. Given the complexity of the case and depth of evidence, defense counsel for HUGO VILLAGOMEZ requires additional time to assess the aforementioned discovery as well as to confer with the client regarding the potential resolution. This is defense counsel's second request for a continuance.

4. The proposed status conference date represents the earliest date that all counsel are available thereafter, taking into account counsels' schedules, defense counsels' commitments to other clients, and the need for preparation and further investigation into this case; however, although counsel for SERAFIN VIGIL is unavailable all of March, counsel for HUGO VILLAGOMEZ has authority to appear on counsel's behalf.

5. As to defendant SERAFIN VIGIL, exclusion of time is particularly appropriate because he is not detained pending trial.

6. As to defendant HUGO VILLAGOMEZ, time continues to be waived.

The parties further believe that time should be excluded, in that failure to grant the requested case schedule would unreasonably deny both the defendants and the government the reasonable time necessary for effective preparation, taking into account the parties' due diligence in prosecuting this case. 18 U.S.C. Section 3161(h)(7)(B)(iv). Based on the above-stated findings, the ends of justice served by the schedule as requested outweigh the interest of the public and the defendant in trial within the original date prescribed by the Speedy Trial Act. Therefore, the parties request that the Court exclude the time from February 7, 2025, until the new status conference date on March 28, 2025, from calculations under the Speedy Trial Act.

Dated: February 6, 2025

/s/ DANI R. SCOTT
DANI R. SCOTT
Attorney for Defendant
Hugo Vigil Villagomez

Dated: February 6, 2025

/s/ Kevin Rooney
Attorney for Defendant
Serafin Villagomez Vigil

Dated: February 6, 2025

/s/ Matthew De Moura
Assistant United States Attorney

**[PROPOSED] O R D E R**

IT IS HEREBY ORDERED that the status conference in this case be continued from February 7, 2025, until March 28, 2025, at 9:30 a.m.

IT IS FURTHER ORDERED that the ends of justice served by the schedule set forth herein as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act for the reasons states in the parties' stipulation. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of February 7, 2025, and March 28, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) because it results from a continuance granted by the Court at the parties' request on the basis of the Court's finding that the ends of justice served by taking such actions outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: 2/6/25

HONORABLE DENA COGGINS
United States District Judge