Kevin P. Rooney #107554
**Of Counsel, HAMMERSCHMIDT LAW CORPORATION**
2445 Capitol Street, Suite 215
Fresno, CA 93721
Tel: (559) 233-5333
Fax: (559) 233-4333

Attorney for Defendant, SERAFIN VILLAGOMEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:22-cr-00197- DC |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME UNDER SPEEDY TRIAL ACT** |
| vs. | |
| HUGO VIGIL VILLAGOMEZ ET AL, | Date: May 16, 2025 |
| Defendants | Time: 9:30 a.m. |
| | Court: Hon. Dena Coggins |

The United States of America, by and through Special Assistant U.S. Attorney Matthew De Moura, defendant Hugo Vigil Villagomez, by and through his counsel Dani Mohling and Michael E. Cardoza, and defendant Serafin Villagomez, by and through his counsel Kevin Rooney, hereby agree and stipulate as follow:

1. This matter is scheduled for a status conference on May 16, 2025 and the parties stipulate to continue the status conference to August 29, 2025. Both defendants are in agreement with this continuance.

2. Defense counsel for Hugo Villagomez has requested additional discovery.

3. Government counsel expects to be engaged in a lengthy trial continuing from the present time into July 2025. Counsel for Hugo Villagomez expects to be engaged in trial throughout most of July and August 2025. Counsels' schedules will delay meaningful

review of discovery and negotiation of this matter and necessitate the continuance until August 29, 2025.

4. The discovery already produced in this case consists of nearly 300 files including, but not limited to, investigative reports, recorded phone calls, surveillance data, and photographs the parties continue to review and analyze as they move towards resolution and/or trial.

5. The proposed status conference date on August 29, 2024, represents the earliest and most convenient date that all counsel are available. This requested date takes into account counsels' schedules, defense counsels' commitments to other clients, and defense counsels' need for preparation and further investigation into this case.

6. As to defendant SERAFIN VILLAGOMEZ, exclusion of time is particularly appropriate because he is not detained pending trial.

7. As to defendant HUGO VILLAGOMEZ, time continues to be excluded so counsel can have sufficient time to review and investigate the discovery as well as prepare for his defense.

The parties further believe that time should be excluded, in that failure to grant the requested case schedule would unreasonably deny both the defendants and the government the reasonable time necessary for effective preparation, taking into account the parties' due diligence in prosecuting this case. 18 U.S.C. Section 3161(h)(7)(B)(iv). Based on the foregoing facts, the parties request that the Court vacate the May 16, 2025 status conference and reset the case for a status conference to be held on August 29, 2025, at 9:30 a.m. The parties further agree and request that the Court exclude the time between May 16, 2025, and August 29, 2025, from the computation of time in which trial must commence under the Speedy Trial Act, pursuant to Local Code T-4. The parties agree that the interests of justice served by excluding that time

under the Speedy Trial Act, outweigh the best interests of the public and the defendant in a speedy trial. The parties request that the Court adopt the facts set forth herein and order time excluded from May 16, 2025, and August 29, 2025, including August 29, 2024, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), and Local Code T-4, to allow defense counsel to investigate and prepare for trial. With this stipulation, 0 of 70 days have been used against the computation of time within which a trial must commence.

Dated: May 6, 2025                                          MICHELLE BECKWITH
                                                            Interim United States Attorney


                                                            By: /s/ MATTHEW DE MOURA
                                                            MATTHEW DE MOURA
                                                            Special Assistant United States
                                                            Attorney

Dated: May 6, 2025                                          /s/ MICHAEL E. CARDOZA
                                                            MICHAEL E. CARDOZA
                                                            Counsel for Defendant
                                                            Hugo Vigil Villagomez

Dated: May 6, 2025                                          /s/ DANI MOHLING
                                                            DANI MOHLING
                                                            Counsel for Defendant
                                                            Hugo Vigil Villagomez

Dated: May 6, 2025                                          /s/ KEVIN ROONEY
                                                            KEVIN ROONEY
                                                            Counsel for Defendant
                                                            Serafin Villagomez

# FINDINGS AND ORDER

The court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, ADOPTS the parties' stipulation in its entirety as its order. The court VACATES the May 16, 2025, status conference and RESETS the matter for a status conference on August 29, 2025, at 9:30 a.m. in courtroom 8 before the Honorable Dena M. Coggins. The court also specifically finds that based on the facts set forth in the parties' stipulation, the failure to exclude the time between May 16, 2025, and August 29, 2025, would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The court further finds that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. Time from May 16, 2025, to and including August 29, 2025, is excluded from the computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), and Local Code T-4. With this stipulation, 0 of 70 days have been used against the computation of time within which a trial must commence.

IT IS SO ORDERED.

Dated: **May 12, 2025**

Dena Coggins
United States District Judge