Kevin P. Rooney #107554
**Of Counsel, HAMMERSCHMIDT LAW CORPORATION**
2445 Capitol Street, Suite 215
Fresno, CA 93721
Tel: (559) 233-5333
Fax: (559) 233-4333

Attorney for Defendant, SERAFIN VILLAGOMEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

          Plaintiff,

    vs.

HUGO VIGIL VILLAGOMEZ ET AL,

          Defendants

)
)
)
)
)
)
)
)
)
)
)

Case No.: 1:22-cr-00197-DC

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME UNDER SPEEDY TRIAL ACT**

The United States of America, by and through Special Assistant U.S. Attorney Matthew De Moura and Assistant U.S. Attorney Charles Campbell,  defendant Hugo Vigil Villagomez, by and through his counsel Dani Mohling and Michael E. Cardoza, and defendant Serafin Villagomez, by and through his counsel Kevin Rooney, hereby agree and stipulate as follow:

1. This matter was transferred to Sacramento from Fresno in late 2023.

2. This matter is currently set for a Status Conference on February 13, 2026.

3. The government has produced approximately 200 files of additional discovery in the past few weeks.  Attorney Mohling will have limited time available to review discovery during the next few months due to a family development. Attorney Rooney is scheduled to be in trial for approximately two weeks beginning May 5, 2026.  Attorney Rooney will also be unavailable from February 23 through March 26.

4. The parties have been diligently reviewing the voluminous discovery and communicating with one another during this time period to make sure the case continues to move forward towards resolution and/or trial.

5. The discovery in this case consists of nearly 500 files including, but not limited to, investigative reports, recorded phone calls, surveillance data, and photographs the parties continue to review and analyze as they move towards resolution and/or trial.

6. As to defendant SERAFIN VILLAGOMEZ, exclusion of time is particularly appropriate because he is not detained pending trial and counsel needs additional time to review discovery and to be prepared.

7. As to defendant HUGO VILLAGOMEZ, time continues to be excluded so counsel can have sufficient time to review and investigate the discovery as well as prepare for his defense.

The parties further believe that time should be excluded, in that failure to grant the requested case schedule would unreasonably deny both the defendants and the government the reasonable time necessary for effective preparation, taking into account the parties' due diligence in prosecuting this case. 18 U.S.C. Section 3161(h)(7)(B)(iv). Based on the foregoing facts, the parties request that the Court vacate the February 13, 2026, status conference and reset the case for a status conference to be held on May 29, 2026, at 9:30 a.m. The parties further agree and request that the Court exclude the time between February 13, 2025, and May 29, 2026, from the computation of time in which trial must commence under the Speedy Trial Act, pursuant to Local Code T-4. The parties agree that the interests of justice served by excluding the time between February 13, 2026, and May 29, 2026, under the Speedy Trial Act, outweighs the best interests of the public and the defendant in a speedy trial. The parties request that the Court adopt the facts set forth herein and order time excluded as requested, pursuant to 18 U.S.C. §

3161(h)(7)(A) and (B)(iv), and Local Code T-4, to allow defense counsel to investigate and prepare for trial.

With this stipulation, 0 of 70 days have been used against the computation of time within which a trial must commence.


Dated: February 5, 2026                      ERIC GRANT
United States Attorney


By: /s/ MATTHEW DE MOURA
MATTHEW DE MOURA
Special Assistant United States Attorney

Dated: February 5, 2026                      /s/ MICHAEL E. CARDOZA
MICHAEL E. CARDOZA
Counsel for Defendant
Hugo Vigil Villagomez


Dated: February 5, 2026                      /s/ DANI SCOTT (*Mohling*)
DANI SCOTT (*Mohling)*
Counsel for Defendant
Hugo Vigil Villagomez


Dated: February 5, 2026                      /s/ KEVIN ROONEY
KEVIN ROONEY
Counsel for Defendant
Serafin Villagomez

**ORDER**

IT IS HEREBY ORDERED as to Defendants Hugo Vigil Villagomez and Serafin Villagomez Vigil, the court, having received, read and considered the parties' stipulation filed on February 5, 2026 (Doc. No. 96), and good cause appearing therefrom, APPROVES the parties' stipulation. Accordingly, the Status Conference scheduled for February 13, 2026, is VACATED and RESET for May 29, 2026 at 9:30 a.m. in Courtroom 10 before the Honorable Dena M. Coggins. The time period between February 13, 2026 and May 29, 2026, inclusive, is excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act pursuant to 18 U.S.C.§ 3161(h)(7)(A), and B(iv) [Local Code T4], as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendants in a speedy trial.

IT IS SO ORDERED.

Dated:    **February 6, 2026**

Dena Coggins
United States District Judge